IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County<br><br>Defendant. | CASE NO:<br><br>DECLARATION OF ERIC NEFF IN SUPPORT OF THE DEMAND TO COMPEL PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*. |

## **DECLARATION**

I, Eric Neff, declare, pursuant to 28 U.S.C. § 1746, that:

1. I am currently Acting Chief of the Voting Section within the Civil Rights Division of the United States Department of Justice. I am fully and personally familiar with the facts stated herein. I make this declaration in support of the United States's motion to compel production of election records pursuant to the Civil Rights Act codified at 52 U.S.C. § 20701, *et seq*.

2. On July 30, 2025, the State Election Board of this State passed a resolution calling upon the assistance of the Attorney General to effect compliance with voting transparency.

1

3. On October 30, 2025, the Attorney General sent a demand letter to the Fulton County Board of Registration and Elections ("The Fulton Board") demanding "all records in your possession responsive to the recent subpoena issued to your office by the State Election Board." Ex. 1, Dep't Ltr. to Fulton Board dated October 30 ("October 30 Letter").

4. On November 14, 2025, the Fulton Board sent a response letter ("November 14 Letter"). In the November 14 Letter, the Fulton Board replied that "the physical ballots, stubs, and absentee ballot envelopes for the 2020 General Election remain in the Fulton County Superior Court Clerk's possession and under seal in accordance with O.C.G.A. § 21-2-500." Ex. 2, Fulton Board Ltr. Dep't dated November 14.

5. On November 21, 2025, the Attorney General sent a demand letter to Defendant demanding the same records identified in the October 30 Letter. Ex. 3, Dep't Ltr. To Fulton Clerk dated November 21 ("November 21 Letter")

6. The November 21 Letter stated as follows:

> The purpose of the request is to ascertain Georgia's compliance with various provisions of the NVRA and HAVA, including without limitation compliance with election technology and administration standards. 52 U.S.C. §§ 20501-20511, 20901-21145. The State Election Board of Georgia in a July 30, 2025 resolution, called upon the assistance of the U.S. Department of Justice to effect compliance with its subpoena.

7.  As of the filing of this Complaint and Motion, I have made multiple attempts to contact Defendant. I requested that Defendant reply to me by phone or email, and Defendant failed to respond.

I declare under the penalty of perjury that the above statements are true and correct. Executed on December 11, 2025.

Dated: December 11, 2025, at Washington, DC.

/s/____Eric Neff_____
Eric Neff