IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County,<br><br>Defendant. | CASE NO:<br><br>[PROPOSED] ORDER TO COMPEL THE PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*. |

## **ORDER TO COMPEL PRODUCTION**

Upon the Request by the United States of America, the supporting Memorandum of Law, the supporting Declaration, and the arguments presented by counsel at hearing, it is hereby ORDERED:

1. That the above-named Defendant shall show cause before this Court on\_\_\_\_\_ _____, 2025, at _____ o'clock, in Department \_\_\_\_ of the _____Courthouse located at _____, Georgia _____ as to why an order should not be issued pursuant to 52 U.S.C § 20701, *et seq.*:

   a) ordering Defendant to produce all records in her possession responsive to the recent subpoena issued to your office by the State Election Board, including but not limited to all used and void

1

      ballots, stubs of all ballots, signature envelopes, and corresponding envelope digital files from the 2020 General Election in Fulton County.

    b) requiring Defendant to submit electronically to the Attorney General, Civil Rights Division Voting Section, within 5 (five) days of this order, and for such other and further relief as may be just and proper; and

2. That a copy of this Order be served upon Hon. Che Alexander, Clerk of Courts for Fulton County, Justice Center Tower, 185 Shirley C. Franklin Blvd., SW, Atlanta, GA 30303, by email and U.S. mail; and

3. That Defendant, having been served by with Plaintiff's Request, Memorandum of Law, attachments, and Declaration via certified mail at the time of service of Summons and Complaint, shall file with this Court and serve any response addressing the issues raised in the Request seven (7) days prior to the hearing date; and

4. That Plaintiff shall serve and file any reply thereto, one (1) day prior to the hearing date.

Entered this ___ day of _____, 2025.

BY THE COURT:

_____

UNITED STATES DISTRICT COURT