# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County,<br><br>   *Defendant*. | Case No. 1: 25-CV-07084-TWT |

## BLACK VOTERS MATTER FUND, CWA LOCAL 3204, AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL'S MOTION TO INTERVENE AS DEFENDANTS

Come now BLACK VOTERS MATTER FUND, CWA LOCAL 3204, and CWA LOCAL 3204 RETIRED MEMBERS COUNCIL, by and through their undersigned counsel of record, and file this Motion to Intervene in the above-referenced matter pursuant to Federal Rule of Civil Procedure 24(a) and (b).

The basis for the motion is more fully set forth in the accompanying declarations and brief in support of the Motion to Intervene. Proposed Intervenors have attached a Proposed Answer as Exhibit 1.

1

Dated: December 16, 2025

/s/ Adam M. Sparks
Adam M. Sparks
Ga. Bar No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: sparks@khlawfirm.com

Uzoma N. Nkwonta*
Branden D. Lewiston*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
unkwonta@elias.law
blewiston@elias.law
mmcqueen@elias.law
Tel: (202) 968-4652

*Counsel for Black Voters Matter Fund,
CWA Local 3204, and
CWA Local 3204 Retired Members Council*

*Pro Hac Vice applications forthcoming