# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County,<br><br>*Defendant*. | Case No. 1:25-CV-07084-TWT |

**DECLARATION OF CLIFFORD ALBRIGHT**

I, Clifford Albright, declare as follows:

1. I am a U.S. citizen, am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Executive Director of Black Voters Matter Fund ("BVMF"). I co-founded our partner organization, Black Voters Matter, with LaTosha Brown in 2016 and became the Executive Director of BVMF when it was formed in 2016. In these roles, I oversee the managers of our programs, including our grant program, our training program, and our direct services, including our voter registration and Get Out the Vote ("GOTV") efforts. I also participate in and review our fundraising

1

activities, oversee our budget, and participate in planning and executing the programs described below.

3. BVMF is a nonpartisan, nonprofit 501(c)(4) social welfare organization dedicated to building power in the Black community and other marginalized communities by growing their power at the ballot box. In addition to our own programming, we do so by supporting organizations that strive to achieve social justice and improve local infrastructure in the urban and rural Black communities we serve. Alongside our partners, we connect the issues community members care about most to the act of voting, and in doing so we turn members of the communities we serve from non-voters into voters.

4. Our work falls into four broad categories. The first and largest is our voter-registration and GOTV efforts, which aim to strengthen the work of existing community groups and also use technology to bring members of the Black community into their power as voters. A closely-related second area of work is our development and training program, which provides local leaders with education on registration and GOTV strategies and requirements. In many cases, these community leaders have never had the benefit of such formal training. The third category is policy advocacy. We have testified and lobbied for and against various voting-related legislation at the state, local, and national level. Our efforts have ranged from testifying at local and state legislatures to a multi-state bus tour promoting national

voter-protection legislation. The final—and smallest—category is direct expenditures in which we spend money to support or oppose various issues appearing on ballots.

5. By growing the number of engaged Black voters, BVMF seeks to build a powerful voting block that can use its influence to bring much-needed resources and support into the Black community. Thus, it is central to BVMF's mission that members of these communities register (and stay registered) to vote.

6. Convincing community members to vote is often not easy because the political process has frequently been used to harm, not help, the Black community. From complete disenfranchisement, to the poll taxes and literacy tests of the Jim Crow era, to more subtle forms of discrimination such as racial gerrymandering, Black people in Georgia have consistently been on the losing end of politics.

7. To overcome the reticence this has caused, BVMF has invested millions of dollars in voter engagement programs across the state, with a particular emphasis on registering and mobilizing communities with large populations of Black voters, such as the Atlanta metro area and Southern Georgia.

8. In addition to these programs, BVMF has participated in litigation seeking to protect Georgia's voters from improper government actions, including lawsuits seeking to prevent unlawful purges of the voter rolls by state officials, and

has intervened in lawsuits in which private individuals attempted to compel voter roll purges.

9. All of BVMF's initiatives would be undermined if the voters BVMF has helped register and mobilize fear that casting a ballot will draw the attention of law enforcement or put them at risk of having their personal identifying information, political affiliations, or even the ballots they cast released to the Department of Justice.

10. Many of the Black Georgians we seek to register and turn out are well aware that in the not-too-distant past a Black Georgian who registered to vote or attempted to cast a ballot was likely to face retaliation by government officials, including law enforcement. The specter of the Department of Justice gathering ballots, signatures, and other voting records will have a chilling effect on Black voters, many of whom already have an uneasy relationship with law enforcement.

11. The impact will be even greater for Fulton County voters, whose votes in the 2020 election—the very ballots sought by the Department of Justice—have already been closely scrutinized by officials and falsely labeled as fraudulent by conspiracy theorists. Following the 2020 election, racially-tinged accusations were made against election workers, and conspiracy theorists continue to suggest that the ballots cast by the county's largely Black voters were the illegal product of a vast criminal network. Many of the conspiracy theories were driven by people associated

with the very administration that now seeks these records. One innocent Black Gwinnett County voter was wrongly accused of fraudulent voting in the film 2000 Mules and his injuries have been well documented in local reporting. Already wary of the attention their 2020 votes drew, some Black voters will worry about suffering harm should their name be in any way associated with election-related investigations.

12. Should these records be released to the Department of Justice, BVMF will have to divert resources from our regular activities to mitigate the harm caused. First, we will have to dedicate resources to tracking how these records are used and we will have to share that information with our partners who will certainly be faced with questions from voters.

13. Second, we will have to devote time and financial resources to assuring Black Georgians that voting is worthwhile, risks notwithstanding. Given the historical backlash associated with voting by Black Georgians, many are hesitant to register and vote and that hesitation will only grow if they fear that their voting records are likely to be swept up in investigations by law enforcement. Rather than devoting resources to communicating with potential voters about the issues central to their own lives—which we believe is the spark that can turn them into voters—we will have to devote time and resources to develop messages convincing them that they should assume the new risks involved with voting.

14. In the end, even these efforts by BVMF will likely be insufficient to mitigate the harm of releasing Fulton County's records. We have spent years assuring voters that the benefits of voting far outweigh its challenges. For some, witnessing ballots and other records turned over to a controversial law enforcement agency will irreparably harm their trust that voting is a safe and effective way to promote change and they will simply choose not to register and vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/16/2025

_____
Clifford Albright