# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County,<br><br>*Defendant*. | Case No. 1:25-CV-07084-TWT |

## DECLARATION OF RITA SCOTT

I, Rita Scott, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the current President of the Retired Members Council of Communications Workers of America Local 3204 (the "CWA RMC") and have served in that role since 2016. I joined CWA RMC in 2007. In addition to serving as the president of the CWA RMC, I am also the political and legislative director of the Communications Workers of America Local 3204 which I joined in 1978. In my role as president I oversee all of our programs including assisting members with the retirement process, advocating for laws and political leaders that protect our retirees,

1

supporting the rights of all workers, and supporting the social well-being of our retirees.

3. I am currently registered to vote in DeKalb County and have been a registered Georgia voter for at least three decades.

4. The CWA RMC is a chartered affiliate of the Communications Workers of America, a labor union which protects the rights of workers across the nation.

5. The CWA RMC approximately 2,000 members living throughout the metro Atlanta region, including dozens who live and vote in Fulton County.

6. The CWA RMC's mission is to ensure retirees enjoy the social and economic justice and full civil rights that they have earned after a lifetime of work. We achieve this mission by dedicating significant resources to legislative advocacy, member education, and public outreach on issues including collective bargaining rights, the security of private pensions, Social Security, Medicare, and Medicaid policy. We also endorse candidates for office who are committed to supporting our members.

7. The CWA RMC also advances its mission by mobilizing its members and other Georgians to vote in Georgia's elections. To this end, we host "get out the vote" campaigns, which help members navigate the voting process. These campaigns include educating our members about how, when, and where to vote. We share this information at our in-person meetings, by email, and through phone banks.

8.  The CWA has also been a party to lawsuits and other formal efforts to protect the voting rights of its members and other Georgians, including as a plaintiff in an ongoing lawsuit aimed at protecting absentee ballot applicants.

9.  These activities are central to achieving the CWA RMC's core mission—by turning out our members and others to vote and protecting their ability to do so, the CWA RMC builds its members' political power.

10. I understand that the Department of Justice's lawsuit seeks to compel Fulton County officials to turn over completed ballots, ballot stubs, and absentee ballot envelopes from the 2020 general election.

11. I know from personal experience that envelopes contain sensitive identifying information including the voter's name, signature, and in recent elections identifying ID numbers such as a driver's license or partial social security number. During the voting process this information is hidden underneath the envelope flap which protects this sensitive information.

12. The privacy and security of our members' information is of great importance to the CWA RMC. In particular, our members have serious concerns about social security fraud, identity theft, and other types of scams. These schemes are often targeted at older citizens, including our members. Based on my experience, I know that many retirees can be particularly wary of engaging in activities—potentially including full participation in the political process—that increase the odds that their sensitive information may fall into the hands of

3

unknown or untrusted third parties.

13. The Department of Justice's efforts to obtain such sensitive information put our Fulton County members at risk. If the Department of Justice obtains the records it seeks, I am concerned that it will frustrate the CWA RMC's voter turnout and civic engagement work. I also fear it will harm our members directly as a number of them voted in the 2020 election and their privacy will be compromised.

14. I am concerned that the CWA RMC's members will be less willing to vote if they fear that doing so will attract the attention of the Department of Justice. Many of our members are old enough to remember a time when the mere acts of registering or voting by a Black Georgian was enough to draw retribution from government officials. Given that some of our retirees—many of whom are Black—witnessed this era first hand, they may be unwilling to vote knowing that their actions will be scrutinized by the Department of Justice.

15. I fear that, if released to the Department of Justice, the ballots and other voting documents could be used in ways that threaten Georgia's ability to hold free and fair elections in the future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/16/2025

*Rita Scott*
_____
Rita Scott

4