# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County,<br><br>*Defendant*. | Case No. 1:25-CV-07084-TWT |

## BLACK VOTERS MATTER FUND, CWA LOCAL 3204, AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL'S MOTION FOR LEAVE TO FILE PROPOSED MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Black Voters Matter Fund ("BVMF"), CWA Local 3204, and CWA Local 3204 Retired Members Council ("Proposed Intervenors") respectfully move for leave to file their Proposed Motion to Dismiss, attached hereto as **Exhibit 1**, and a memorandum, attached hereto as **Exhibit 2,** both supporting their Proposed Motion and opposing Plaintiff's Motion for Order to Compel. In support of their Motion, Proposed Intervenors state as follows:

1. The United States ("DOJ") filed this lawsuit on December 11, 2025, seeking an extraordinary order from this Court compelling Fulton County to provide completed ballots, signature envelopes, and other sealed materials from the 2020

1

Presidential election. *See* ECF No. 1. DOJ also filed a motion for an order to compel. *See* ECF No. 2.

2. Proposed Intervenors moved to intervene on December 16, 2025. *See* ECF No. 4. Proposed Intervenors seek to prevent impairments of their members' and constituents' fundamental voting and privacy rights, as well as their own mission-critical voting programs. *See generally* ECF No. 4-1.

3. In their motion to intervene, Proposed Intervenors indicated that, if granted intervention, they may move to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b) and to oppose Plaintiff's motion to compel. *Id.* at 12. Plaintiff does not oppose Proposed Intervenors' motion to intervene.

4. While the Court has not yet ruled on the motion to intervene or set a briefing schedule for DOJ's motion to compel, Proposed Intervenors seek leave to lodge their Proposed Motion to Dismiss and Memorandum supporting that motion and opposing DOJ's motion to compel on the docket to preserve their rights and to avoid delay should the Court grant intervention in this matter.

5. The foregoing establishes good cause to grant this Motion, which Proposed Intervenors respectfully submit will aid the Court in the expeditious resolution of this case.

|  |  |
|---|---|
| Dated: January 5, 2026 | */s/ Uzoma N. Nkwonta*<br>Uzoma N. Nkwonta\*<br>Branden D. Lewiston\*<br>Marcos Mocine-McQueen\*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Avenue NW, Suite 400<br>Washington, D.C. 20001<br>unkwonta@elias.law<br>blewiston@elias.law<br>mmcqueen@elias.law<br>Tel: (202) 968-4652<br><br>Adam M. Sparks<br>**KREVOLIN & HORST, LLC**<br>1201 W. Peachtree St., NW<br>Suite 3500, One Atlantic Center<br>Atlanta, GA 30309<br>Tel: (404) 888-9700<br>Fax: (404) 888-9577<br>Email: sparks@khlawfirm.com<br><br>*Counsel for Black Voters Matter Fund,*<br>*CWA Local 3204, and*<br>*CWA Local 3204 Retired Members Council*<br><br>\*Admitted *pro hac vice* |