# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHÉ ALEXANDER, Clerk of Courts for Fulton County, <br><br> Defendant. | Case No. 1:25-cv-07084-TWT |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

This matter having come before the Court on Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss, and the Court having considered the Motion and the record in this case, and good cause having been shown, it is hereby ORDERED AND ADJUDGED that Defendant's deadline for filing the reply in support of the Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 18) be and hereby is EXTENDED up to and including February 17, 2026.

This the ____ day of January, 2026.

———————————————————
HONORABLE THOMAS W. THRASH, JR.
SENIOR UNITED STATES DISTRICT JUDGE