AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| U.S. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:25-cv-7084 |
| Alexander | ) |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States

Date: 02/05/2026

/s/ Eric Neff
*Attorney's signature*

Eric Neff CA 289367
*Printed name and bar number*
150 M St NE, Ste. 8-1807
Washington DC 20002

*Address*

Eric.Neff@usdoj.gov
*E-mail address*

(202) 307-2767
*Telephone number*

*FAX number*

Print   Save As...   Reset