# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County, et al.,<br><br>Defendants. | CASE NO: 1:25-cv-07084-TWT<br><br>UNITED STATES' NOTICE AND MOTION TO STAY CASE PENDING OUTCOME OF POTENTIAL CRIMINAL PROCEEDINGS |

## NOTICE AND MOTION

The United States hereby gives notice and moves for a stay of this case. This motion is based on the attached Memorandum in Support. The United States has attached a Proposed Order to this Motion.

1

DATED: February 6, 2026         Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General

/s/ Eric V. Neff
ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.1807
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Eric.Neff@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a true and correct copy of the foregoing Motion was served via the Court's ECF system to all counsel of record.

/s/ Eric V. Neff
ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.1807
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Eric.Neff@usdoj.gov