## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County, et al.,<br><br>    Defendants. | CASE NO: 1:25-cv-07084-TWT<br><br>[PROPOSED] ORDER |

## [PROPOSED] ORDER

Upon consideration of the United States' motion, the Court orders the following:

The United States Motion to Stay Case Pending Outcome of Potential Criminal Proceedings is GRANTED.

The proceedings in this Court are ordered STAYED until further notice of this Court.

The Defendant is ordered to retain and preserve any records that are in her possession that are at issue in this litigation until further order of this or another Court.

DATED: _____

_____

THOMAS W. THRASH, JR.
United States District Judge