# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHÉ ALEXANDER, Clerk of Courts for Fulton County, <br><br> Defendant. | Case No. 1:25-cv-07084-TWT |

## DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO STAY CASE

Defendant Ché Alexander, sued in her official capacity as Clerk of Courts for Fulton County (the "Clerk"), does not oppose Plaintiff's "Motion to Stay Case Pending Outcome of Potential Criminal Proceedings." (Doc. 27.) Although Defendant does not agree with all of Plaintiff's statements in the brief in support of Plaintiff's Motion (Doc. 27-1), Defendant agrees that a stay of this action pending the resolution of the separate proceedings involving documents at issue in this litigation would be appropriate.

- 2 -

Respectfully submitted, February 10, 2026.

/s/ Michael W. Tyler
Michael W. Tyler
Georgia Bar No. 721152
C. Allen Garrett Jr.
Georgia Bar No. 286335
Jennifer Cotton
Georgia Bar No. 520708

KILPATRICK TOWNSEND
  & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Phone: (404) 815-6500
Fax: (404) 815-6555
mtyler@ktslaw.com
agarrett@ktslaw.com
jcotton@ktslaw.com

*Counsel for Defendant*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in 13-point Century Schoolbook font in accordance with Local Rule 5.1(C).

Dated:  February 10, 2026.

/s/ Michael W. Tyler
Michael W. Tyler

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to the attorneys of record.

/s/ Michael W. Tyler
Michael W. Tyler
