IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County<br><br>Defendant. | Case No. 1:25-cv-07084-TWT<br><br>Notice of Supplemental Authority |

## NOTICE

Plaintiff, United States of America, respectfully submits this Notice of an order issued in *Pitts, et. al. v. United States of America*, No. 1:26-mi-00012-JPB (N.D. Ga., filed Feb. 07, 2026). That case concerns identical records to those in the present litigation, including physical ballots, stubs, and absentee ballot envelopes for the 2020 General Election.

*Pitts* was filed in response to a search warrant obtained under seal on January 28, 2026, from Magistrate Judge Salinas in this District (the "Warrant"). The Warrant authorized "Special Agent Hugh Raymond Evans and any Authorized Officer of the United States," to search the premises located at "The Office of the Clerk of Court, 5600 Campbellton Fairburn Road, Fairburn, GA, 30213." The Warrant stated that Special Agent Evans submitted the Search Warrant Affidavit

under seal averring that he had "reason to believe" that "certain property, certain data, and certain information" were concealed at the Clerk's Office. *Id*.

While the Warrant was initially obtained under seal, on February 7, 2026, the court in this District entered an order directing the Clerk to unseal the docket and petitioner's motions in *Pitts*. Attachment B to the Warrant details the exact records to be seized by the FBI which includes, *inter alia*, "All physical ballots from the 2020 General Elections in Fulton County; including but not limited to: absentee ballots to include envelopes; advanced voting ballots, provisional ballots; in-person election day ballots; emergency ballots; damaged or destroyed ballots; duplicated ballots; or any other ballot that was used to cast a vote[.]" These records are the same records sought by the United States in the present action pursuant to the Civil Rights Act of 1960. *See* Complaint, Doc. 1.

A copy of the order unsealing the Warrant is attached to this Notice as Exhibit 1 and the Warrant is attached as Exhibit 2.

*United States v. Alexander*
Notice of Supplemental Authority

DATED: February 12, 2026        Respectfully submitted,

                                       HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division


*/s/ Brittany E. Bennett*
BRITTANY E. BENNETT
Ga. Bar No. 717377
CHRISTOPHER J. GARDNER
Ga. Bar No. 163932
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 812-2631
Email: Brittany.Bennett@usdoj.gov
Email: Christopher.Gardner@usdoj.gov

*United States v. Alexander*
Notice of Supplemental Authority

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

*United States v. Alexander*
Notice of Supplemental Authority