# EXHIBIT 2

EXHIBIT 1

(Rev. 4/30/2014) Search Warrant

# United States District Court

Northern District of Georgia

In the Matter of the Search of:

The premises located at The Office of the Clerk of Court, 5600
Campbellton Fairburn Road, Fairburn, Georgia 30213.

**SEARCH WARRANT**

CASE NUMBER: **1:26-MC-0177**

**UNDER SEAL**

TO:  Special Agent Hugh Raymond Evans and any Authorized Officer of the United States:

An affidavit having been made before me by Special Agent Hugh Raymond Evans, who has reason to believe that, on the property or premises known as

The premises located at The Office of the Clerk of Court, 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213, as further described in **Attachment A.**

There is now concealed certain property, certain data, and certain information, namely,

**See Attachment B**

which constitutes evidence of the commission of a criminal offense and property which has been used as the means of committing a criminal offense, concerning violations of Title 52, United States Code, Sections 20701 and 20511, over which the United States District Court for the Northern District of Georgia has jurisdiction.  I find that the affidavit establishes probable cause to search and seize the person or property from the person or premises described above.

YOU ARE HEREBY COMMANDED to execute this warrant on or before  _____ February 11, 2026 _____

Date

(not to exceed 14 days) DURING THE DAYTIME ONLY.  You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a copy of the warrant and receipt at the place where the property was taken. The officer executing the warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Catherine M. Salinas.

January 28, 2026 at      2:31 p.m.

Date and Time

at    Atlanta, Georgia

City and State

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

Signature of Judicial Officer
Issued pursuant to Federal Rule of Criminal Procedure 4.1.

Attorney for the Government Thomas Albus
(USAMOE)/314-539-2200 / Thomas.Albus@usdoj.gov

**RETURN**

| Case No: 1:26-MC-0177 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of

A list of property/information/data/person(s) seized:

**CERTIFICATION**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

_____
Date

_____
Executing officer's signature

_____
Printed name and title

EXHIBIT 1

## <u>ATTACHMENT A</u>

### Property to Be Searched

The property to be searched is The Office of the Clerk of Court located at 5600 Campbellton Fairburn Road, Fairburn, Georgia 30213.

EXHIBIT 1

### ATTACHMENT B

**Particular Things to be Seized**

1. All records relating to violations of Title 52, United States Code, §§ 20701 and 20511 those violations occurring after October 12, 2020, including:

a. All physical ballots from the 2020 General Election in Fulton County; including, but not limited to: absentee ballots to include envelopes; advanced voting ballots, provisional ballots; in-person election day ballots; emergency ballots; damaged or destroyed ballots; duplicated ballots; or any other ballot that was used to cast a vote;

b. All tabulator tapes for every voting machine used in Fulton County; including, but not limited to; zero tapes, opening tapes, closing tapes and any other tabulator tape printed from a voting machine utilized during the 2020 General Election in Fulton County;

c. All ballot images produced during the original ballot count beginning on November 3, 2020, the recount, and any other ballot images that were created from ballot scanning from the 2020 General Election in Fulton County;

d. All voter rolls from the 2020 General Election in Fulton County from absentee, early voting, in person, and any other voter roll that indicates voters: to whom an absentee ballot was issued, from whom an absentee ballot was received, or who participated in advanced voting or election day voting;

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers

EXHIBIT 1

and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.