IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHE ALEXANDER,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:25-CV-7084-TWT |

ORDER

This is a civil rights action. It is before the Court on Movant Elder Mmoja Ajabu's Motion for Leave to File Brief of Amicus Curiae [Doc. 28], which is GRANTED.

SO ORDERED, this   17th   day of February, 2026.

　　　　　　　　　　　　　　　　　／s／ Thomas W. Thrash
　　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　　United States District Judge