# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHÉ ALEXANDER, Clerk of Courts for Fulton County, et al.,<br><br>　　　　　Defendants. | CASE NO: 1:25-cv-07084-TWT<br><br><br>ORDER |

## ORDER

Upon consideration of the United States' motion, the Court orders the following:

The United States Motion to Stay Case Pending Outcome of Potential Criminal Proceedings is GRANTED.

The proceedings in this Court are ordered STAYED until further notice of this Court. The Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case.[1]

The Defendant is ORDERED to retain and preserve any records that are in her possession that are at issue in this litigation until further order of this or another Court.

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case in order for the case to proceed. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

SO ORDERED this 17th day of February 2026.

                                                _____
                                                THOMAS W. THRASH, JR.
                                                United States District Judge